1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

11

**TOMMY CONTRERAS,** an individual,

12

13

Plaintiff,

14

15

v.

16

17

**KOHL'S DEPARTMENT STORES, INC.; CAPITAL ONE, N.A.; TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; T-MOBILE USA, INC.; SEARS, ROEBUCK AND CO. INC.; CITIBANK, N.A.; BLUESTEM BRANDS, INC. d/b/a FINGERHUT; and WEBBANK. INC.,**

18

19

20

21

22

23

24

25

26

**Case No.:** 5:16-CV-02678-JGB-KK

**ORDER  DISMISSING DEFENDANT T-MOBILE USA, INC. ONLY**

27

28

**ORDER**                                                                   PAGE 1 OF 2

1

### ORDER

2       Having considered the Parties' stipulation requesting dismissal as to

3   Defendant, T-MOBILE USA, INC., and good cause having been shown:

4       **IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the

5   above captioned action is dismissed with prejudice as to T-MOBILE USA, INC.

6   only with both parties bearing their respective attorney's fees and costs.

7

8       **IT IS SO ORDERED.**

9

10

11   DATED:  March 21, 2017

12

13

14                    Hon. Judge Jesus G. Bernal

15

16

17

18

19

20

21

22

23

24

25

26

27

28