# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY CONTRERAS,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**KOHL'S DEPARTMENT STORES, INC.; CAPITAL ONE, N.A.; TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; T-MOBILE USA, INC.; SEARS, ROEBUCK AND CO. INC.; CITIBANK, N.A.; BLUESTEM BRANDS, INC. d/b/a FINGERHUT; and WEBBANK,**<br><br>Defendants. | **Case No.:** 5:16-CV-02678-JGB-KK<br><br>**ORDER DISMISSING DEFENDANTS BLUESTEM BRANDS, INC. AND WEBBANK, ONLY** |

# ORDER

Having considered the Parties' stipulation requesting dismissal as to Defendants, BLUESTEM BRANDS, INC. and WEBBANK, and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice as to BLUESTEM BRANDS, INC. and WEBBANK only with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  March 21, 2017

_____
Hon. Judge Jesus G. Bernal