| | |
|---|---|
| 1 | **SINNETT LAW, APC.** |
| 2 | Wayne A. Sinnett (SBN: 302987) |
|   | ws@sinlegal.com |
| 3 | 444 West C Street, Suite 230 |
|   | San Diego, CA 92101 |
| 4 | Tel: (619) 752-0703 |
| 5 | Fax: (619) 330-2120 |
| 6 | *Attorney for Plaintiff* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY CONTRERAS,** an individual, | **Case No.:** 5:16-CV-2678-JGB-KK |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CITIBANK, N.A. AND SEARS, ROEBUCK AND CO. INC. ONLY** |
| v. | |
| **KOHL'S DEPARTMENT STORES, INC.; CAPITAL ONE, N.A.; TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; T-MOBILE USA, INC.; SEARS, ROEBUCK AND CO. INC.; CITIBANK, N.A.; BLUESTEM BRANDS, INC. d/b/a FINGERHUT; and WEBBANK. INC.,** | |
| Defendants. | |

**TO THE COURT:**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), Plaintiff, TOMMY CONTRERAS, hereby voluntarily dismisses all claims in this action ***with prejudice*** as to CITIBANK, N.A. and SEARS, ROEBUCK AND CO. INC. ("Defendants") only.

Defendants, CITIBANK, N.A. and SEARS, ROEBUCK AND CO. INC., have not filed an Answer or a Motion for Summary Judgment.

Dated: May 9, 2017                                    Respectfully submitted,

                                                             **SINNETT LAW, APC.**

                                                             BY: /s/ WAYNE A. SINNETT
                                                             WAYNE A. SINNETT, ESQ.
                                                             ATTORNEY FOR PLAINTIFF