UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 16-2678-JGB (KKx)** | Date: | September 5, 2017 |
| Title: | *Tommy Contreras v. Kohl's Department Stores, Inc., et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

DEB TAYLOR                                    Not Reported

Deputy Clerk                                    Court Reporter

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

None Present                                    None Present

**Proceedings:      Order re: Stipulated Protective Order [Dkt. 62]**

        The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

        1.        While the Court is willing to enter a protective order in accordance with the parties' stipulation in order to facilitate the conduct of discovery, the Court is unwilling to include in the protective order any provisions relating to evidence presented at trial or other court hearings or proceedings.  **Any use of Protected Material at trial or other court hearings or proceedings shall be governed by the orders of the trial judge.**  Proposed ¶ 3 must be amended to include language to make this explicit.

        2.        Proposed ¶ 7.2(e) must be revised to make clear that the terms of the Protective Order do not apply to the Court and court personnel, including the Court's court reporters, who are subject only to the Court's internal procedures regarding the handling of material filed or lodged, including material filed or lodged under seal.

        3.        Proposed ¶ 6.1 needs to be revised to make clear that any motion challenging a party's designation of material as Confidential Information or seeking to modify or amend the proposed Protective Order must be brought in strict compliance with Local Rules 37-1 and 37-2 (including the Joint Stipulation requirement).  In addition, proposed ¶ 6.1 must be revised to

make clear that any challenges to a designation of confidentiality may be made at any time *that is consistent with the Court's Scheduling Order.*

       **The parties are further directed to the Court's sample stipulated protective order located on the Court's website for a sample of the format of an approved stipulated protective order. The parties are strongly encouraged to use the language contained in the approved stipulated protective order.**

cc:     United States District Judge Jesus G. Bernal

**CIVIL MINUTES—GENERAL** Initials of Deputy Clerk ___