1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 TOMMY CONTRERAS, an individual,

Case No. 5: 16-CV-02678-JGB (KK)

12       Plaintiff,

Hon. Kenly Kiya Kato, Courtroom 3 or 4

13       v.

14 KOHL'S DEPARTMENT STORES, INC.; CAPITAL ONE, N.A.; TRANS

**[PROPOSED] ORDER**

15 UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.;
16 EQUIFAX INFORMATION SERVICES, LLC; T-MOBILE USA,
17 INC.; SEARS, ROEBUCK AND CO.; CITIBANK, N.A.; BLUESTEM
18 BRANDS, INC. d/b/a FINGERHUT; and WEBBANK, INC.,
19
      Defendants.
20

21

22     Having considered the Parties' stipulation requesting the entry of a

Protective Order, and good cause having been shown:

23
24     **IT IS HEREBY ORDERED** that the stipulation is **GRANTED** in the

above captioned matter.

25

26

27 Dated:   October 18, 2017                              

28                                    Honorable Kenly Kiya Kato
                                 United States Magistrate Judge