**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**SINNETT LAW, APC**
Wayne A. Sinnett, Esq. (302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Telephone: (619) 752-0703
Facsimile: (619) 330-2120

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOMMY CONTRERAS,**<br><br>Plaintiff,<br><br>v.<br><br>**KOHL'S DEPARTMENT STROES, INC.; CAPITAL ONE, N.A.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; T-MOBILE USA, INC.; SEARS, ROEBUCK AND CO. INC.; CITIBANK, N.A.; BLUESTEM BRANDS, INC. D/B/A FINGERHUT; AND, WEBBANK, INC.**<br><br>Defendants. | **Case No.:** EDCV16-2678 JGB (KKx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HONORABLE JESUS G. BERNAL** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff TOMMY CONTRERAS ("Contreras") and Defendants KOHL'S DEPARTMENT STORES, INC. ("Kohl's"); and, CAPITAL ONE, N.A. ("Capital One") has been resolved in its entirety following a full-day mediation with the Honorable Margaret A. Nagle (Ret.) of JAMS. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Contreras requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after March 24, 2018 for filing a Joint Dismissal.

Date: January 24, 2018

**KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 24th day of January 2018, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

/s/ Matthew M. Loker
Matthew M. Loker