# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY CONTRERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.; CAPITAL ONE, N.A.; TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; T-MOBILE USA, INC.; SEARS, ROEBUCK AND CO. INC.; CITIBANK, N.A.; BLUESTEM BRANDS, INC. d/b/a FINGERHUT; and WEBBANK. INC., | **Case No.:** 5:16-CV-02678-JGB-KK<br><br>**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

# ORDER

Having considered the Parties' stipulation requesting dismissal as to Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC. only with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: January 31, 2018

_____
Hon. Jesus G. Bernal
United States District Judge