JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TOMMY CONTRERAS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KOHL'S DEPARTMENT STORES, INC.; CAPITAL ONE, N.A.; TRANS UNION, LLC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; T-MOBILE USA, INC.; SEARS, ROEBUCK AND CO. INC.; CITIBANK, N.A.; BLUESTEM BRANDS, INC. d/b/a FINGERHUT; and WEBBANK. INC.,<br><br>　　　　　　　Defendants. | Case No. 5:16-CV-2678-JGB-KK<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

On February 13, 2018, Plaintiff Tommy Contreras and defendants Kohl's Department Stores, Inc. and Capital One, N.A. (together, "Defendants") jointly moved to dismiss all claims against Defendants with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own attorneys' fees and costs. Accordingly, this case is DISMISSED WITH PREJUDICE. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

DATED: February 16, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Court Judge